

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

IN RE:

SEARCH WARRANT                    CASE NO. 2:21-mj-00090

### SEALED MOTION TO SEAL SEARCH WARRANT APPLICATION AND AFFIDAVIT

Comes now the United States of America by Joshua C. Hanks, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to:

1. Order that the Application and Affidavit for Search Warrant and attachments be filed under seal until further order of this Court. The documents should be filed under seal for the protection of the investigation and to comply with the Order of the District Court sealing certain information set forth in the Application and Affidavit for Search Warrant.

2. There are no alternatives to sealing the entire Application and Affidavit for Search Warrant, and attachments, because unsealing a redacted copy of the affidavit will not be sufficient to protect the investigation or to comply with the District Court's Order.

3.  Order that this Motion be sealed.

                                  Respectfully submitted,

                                  LISA G. JOHNSTON
                                  Acting United States Attorney

                                  s/Joshua C. Hanks
                                  JOSHUA C. HANKS
                                  Assistant United States Attorney
                                  WV State Bar No. 8550
                                  300 Virginia Street, East
                                  Room 4000
                                  Charleston, WV 25301
                                  Telephone:  304-345-2200
                                  Fax: 304-347-5104
                                  Email: josh.hanks@usdoj.gov